# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1571

_____

Stephen Andrew Hodgson, Sued as    *
Stephen A. Hodgson,    *
   *
        Appellant,    *
   *   Appeal from the United States
    v.    *   District Court for the
   *   District of Minnesota.
David Crist, Warden of MCF-STW;    *
Tim Lanz, Assistant to the Warden;    *   **[UNPUBLISHED]**
Regina Stepney, MCF-STW    *
Caseworker; Kari Jo Ferguson,    *
Assistant Attorney General; John Doe,    *
unknown at this time, in their individual *
and official capacities,    *
   *
        Appellees.    *

_____

Submitted: September 4, 2003
Filed: September 19, 2003

_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Stephen A. Hodgson (Hodgson) sued defendants under 42 U.S.C. § 1983, claiming they violated his First Amendment rights to free speech and access to the courts, and denied him due process, by issuing "no-contact" orders, without a hearing, which prohibited him from contacting various individuals he

alleged had deprived him of property rights. Hodgson further alleged defendants retaliated against him for seeking legal redress by destroying or altering records verifying he had received a GED, thereby blocking him from receiving pay increases at his prison work assignment. The district court[1] granted defendants summary judgment on all counts.

After de novo review, see Owens v. Scott County Jail, 328 F.3d 1026, 1026 (8th Cir. 2003) (per curiam) (standard of review), we conclude summary judgment was appropriate for the reasons set forth in the thorough report and recommendation adopted by the district court.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.